IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. MALCOLM WATSON, a/k/a/ "PM,"

    Defendant.

## ORDER DISMISSING REMAINING COUNTS

UPON THE MOTION OF THE UNITED STATES, and after review of the Plea Agreement in this case, it is hereby

ORDERED that, as to the defendant MALCOLM WATSON, all remaining counts of the above-captioned superseding indictment and the underlying indictment, other than the Count of Conviction, are dismissed, with prejudice, for the reasons set forth in the defendant's Plea Agreement.

DATED this 3rd day of September, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE